Leave to File was granted on May 15, 2007

AFFIDAVIT OF SPECIAL AGENT J. MICHAEL DOYLE IN
SUPPORT OF PRE-TRIAL DETENTION

I, J. Michael Doyle, being duly sworn, state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately 12 years. For the last year I have been assigned to the FBI Southeastern Massachusetts Gang Task Force (SEMGTF). Prior to that I was assigned to the FBI Violent Crimes Task Force in New York City where I investigated crimes of violence including gang-related investigations. I have been the lead agent on a multi-agency investigation targeting the leadership and other significant members of the chapter of the Latin Kings operating in New Bedford, Massachusetts. Since this investigation was initiated in early 2006, law enforcement agents have successfully made purchases of cocaine base from leaders, members and associates of the Latin Kings. Almost all of these purchases were made in New Bedford by cooperating witnesses ("CWs") who wore recording equipment and agreed to have their meetings and conversations with the Targets recorded. The investigation resulted in the indictment of 15 defendants on federal drug charges and an additional 22 defendants on state drug charges.

2. This affidavit is not intended to set forth all of the information that I and other law enforcement personnel have

1

learned during this investigation, but is submitted only in support of the pre-trial detention of the above-captioned defendants.

3. One of SEMGTF's primary goals is to reduce firearm violence in Southeastern Massachusetts by targeting, investigating, and prosecuting violent street gangs. Based on our discussions with local law enforcement and particularly officers of the New Bedford Police Department and the Bristol County Sheriff's Office, we determined that the New Bedford chapter of the Latin Kings was a significant street gang responsible for a disproportionate share of the drug trafficking and firearm violence in New Bedford. Several officers informed me that the Latin Kings were well-organized and controlled the drug trade in a significant area of New Bedford centered around the North End area of New Bedford and including North Front, Tallman, Deane, Bullard, and Nye Streets. Task Force members employed by the New Bedford Police Department have advised me orally and in writing that they have been involved in hundreds of arrests, interviews, and encounters with Latin King members in this area and been made aware that if persons not affiliated with the Latin Kings try to sell drugs in the area they risk being beaten, stabbed, or shot.

4. For example, in a New Bedford police report dated June 17, 2006, attached as Exhibit 1, a detective stated that the Latin Kings are a "street gang known for its propensity for violence and drug related activity. The Latin Kings have plagued the North Front Street area with drugs and violence." Exhibit 1 at p. 7. Later in the report, a sergeant described how dealers used the connected yards behind 325 North Front Street and 51 Tallman to conduct their drug transactions. "We have become very familiar with the drug dealers that deal from this area since we have been arresting them over and over during the last year. Nevertheless they return to the area and continue dealing drugs. . . we are constantly getting complaints from the nearby residents who are living in this area and have to view this drug dealing on a constant basis. We are constantly hearing from parents that they are not able to allow their children to play in the backyards due to the around the clock traffic of these drug users and drug dealers."

5. During the course of this investigation, the SEMGTF utilized CWs to make controlled purchases of crack cocaine from the targets largely because the targets would sell drugs only to people they knew and trusted. In frequent interviews, the CWs also consistently informed us that the Latin Kings not only sold

crack and other drugs in and around these streets, but that they completely controlled the drug trade in the area.

6. The majority of the drug deals charged in the above-captioned indictments occurred in this area. The chart attached as Exhibit 2 shows the date of each distribution, the quantity and price of the crack cocaine sold, the defendants involved, and the location of the sale. The map attached as Exhibit 3 shows the location of the sales within the area. As these exhibits demonstrate, of the 25 charged crack sales, only 8 did not occur in the area. The deals were conducted both inside and outside, often with one or more members of the Latin Kings present in the same room or area.

7. Three CWs were used in the 25 drug sales charged in the above-captioned cases. Each has been interviewed about its knowledge of the defendants and their association with the Latin Kings. In addition, members of SEMGTF have interviewed several confidential informants (CIs) including one or more who are members of the Latin Kings. In addition, I have reviewed the records of the Bristol County House of Corrections, who keep records of gang affiliation. Finally, I have spoken with officers of the Bristol County Sheriff's Office and the New Bedford Police Department who have extensive experience with the Latin Kings. Based on the information set forth above, I can

state that each of the defendants listed below is a member or an associate of the Latin Kings:

>Javier Ortiz Perez, aka King Javier;
>Felipe Ortiz Perez, aka King Felipe;
>Ricardo Negron Cabrera, aka King Cano;
>Juan Nova Roman, aka King Roman;
>Diego Perez, aka King Loco;
>Jorge Torres, aka King Jorge;
>Luis Sostre, aka Louie;
>Javier Reyes, aka King Hollywood;
>Gustavo Feliciano, aka King Gustavo;
>Guillermo Lugo, aka King Gilly;
>Abraham Perez, aka King Diamond;
>Rafael Reyes, aka King Coffee;
>Juan Serrano, aka King Poppy;
>Kimberly Steadman, aka Queen Keisha;
>Rakeem Waller, aka King Taz.

In addition, at least three of the defendants have or had leadership positions within the Latin Kings New Bedford Chapter: Diego Perez (leader), Javier Ortiz-Perez (high ranking member), Luis Sostre (high ranking member). Even those defendants who are associates of the Latin Kings have important relationships with the gang. For example, a CI who is a member of the Latin Kings stated to us that the Latin Kings previously had a violent dispute with Rakeem Waller as a result of his attempts to sell drugs in the area and that the dispute ended only in the last year when Waller and leaders of the Latin Kings made a pact to co-exist.

8. Although this investigation has initially focused on the local activities of the New Bedford chapter of the Latin Kings, I

5

know from my training and experience that the Latin Kings are a national gang that was founded in the 1960s in Chicago and now has chapters in states and cities throughout the Eastern United States. Regional Chapters must be sanctioned by the national leadership in Chicago. Each Regional Chapter must then sanction its local chapters. The stated purpose of the Latin Kings was the organization of Hispanics dedicated to overcoming an "oppressive government" and uplifting all "third world" people. In reality they primarily operate as a violent gang in prisons and in cities, where they typically engage in drug trafficking to enhance their financial strength. Indeed, the Latin Kings operate chapters in several other Massachusetts cities and their drug and violent activities have resulted in federal prosecutions in Lawrence and Lowell in 2004, in greater Springfield in 2005, and in Chelsea in 2006. The Affidavit of FBI Special Agent Jeffrey S. Wood, attached here as Exhibit 4, explains the history of the Latin Kings in Massachusetts in greater detail.

9. The defendants' affiliation with the Latin Kings heightens the danger they present to the community, both because the affiliation makes it more likely that the defendants will be able to continue to engage in drug trafficking despite their arrests and because of the possibility that members of the Latin

Kings as a group will try to threaten or assault people who have or are believed to have cooperated with the government in the investigation.

Signed under the pains and penalties of perjury this 14th day of May, 2007.

                                          _____
                                          J. MICHAEL DOYLE
                                          SPECIAL AGENT, FBI